1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DARIUS DE'MON LAKE,                    No.  2:23-cv-1518 KJN P

12                    Plaintiff,

13        v.                                ORDER

14   JEREMY ROWE,

15                    Defendant.

16

17        On November 1, 2023, plaintiff filed a document seeking discovery.  (ECF No. 20.)

18   However, on October 31, 2023, this action was stayed pending referral to the Post-Screening

19   ADR Project.  In due course, this case will be scheduled for an initial settlement conference.

20   Because the case is stayed, plaintiff should refrain from filing motions until the stay is lifted.

21        Moreover, discovery will not be opened until after the stay is lifted, defendant files a

22   responsive pleading and the undersigned issues a discovery and scheduling order.  Then plaintiff

23   may propound his discovery requests to defendant.[1]  Plaintiff is informed that court permission is

24   not necessary for discovery requests and that neither discovery requests served on an opposing

25   party nor that party's responses should be filed until such time as a party becomes dissatisfied

26   with a response and seeks relief from the court pursuant to the Federal Rules of Civil Procedure.

27   ─────────────────

28   [1]  Although plaintiff appears to seek personnel records from defendant's employer, plaintiff must
     first attempt to obtain such records from defendant once discovery opens.  See Fed. R. Civ. P. 34.

1   Discovery requests between the parties shall not be filed with the court unless, and until, they are

2   at issue.  Plaintiff is cautioned that further filing of discovery requests or responses, except as

3   required by rule of court, may result in an order of sanctions, including, but not limited to, a

4   recommendation that this action be dismissed.

5        Because plaintiff's request for discovery was improperly filed and is premature, his

6   motion is denied without prejudice.

7        Accordingly, IT IS HEREBY ORDERED that plaintiff's motion (ECF No. 20) is denied

8   without prejudice.

9   Dated:  November 16, 2023

10

11                                         _____
                                           KENDALL J. NEWMAN
12                                         UNITED STATES MAGISTRATE JUDGE

13   /lake1518.411

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2